53 So.2d 237

**BAILEY et al. v. BOWANS et al.**

No. 39913.

May 28, 1951.

Floyd D. Culbertson, Jr., Minden, More-lock & Morelock, Haynesville, and Drew & Drew, Minden, for appellant.

Lee & Emery, Shreveport, and Meadors, Shaw & Meadors, Homer, for plaintiffs and appellees.

PONDER, Justice.

The appeal in this case will be dismissed for the reason that the appellant did not appear or file any brief to support the appeal on the date set for the hearing. Grand Lodge of the State of Louisiana, Knights of Pythias v. Natchitoches Lodge No. 89, 215 La. 300, 40 So.2d 472.

For the reasons assigned, the appeal is dismissed.